```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 09818
   SHELIA FOULKS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8851


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/21/2008 and was not confirmed.

     The case was dismissed without confirmation 09/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------------
AMERICAN HOME MORTGAGE S  CURRENT MORTG         .00             .00              .00
AMERICAN HOME MORTGAGE S  MORTGAGE ARRE    33514.50             .00              .00
AMERICAS MORTGAGE SERVIC  MORTGAGE NOTI   NOT FILED             .00              .00
CITI MORTGAGE             CURRENT MORTG         .00             .00              .00
CITI MORTGAGE             MORTGAGE ARRE     4500.00             .00              .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00             .00              .00
INDYMAC BANK              CURRENT MORTG         .00             .00              .00
INDYMAC BANK              MORTGAGE ARRE         .00             .00              .00
US BANK                   CURRENT MORTG         .00             .00              .00
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00             .00              .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE         .00             .00              .00
WELLS FARGO BANK          CURRENT MORTG         .00             .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED             .00              .00
AMERICAN EXPRESS BANK     UNSECURED         5411.02             .00              .00
AMERICAN HOME MTG SRV     UNSECURED       NOT FILED             .00              .00
AMERICAN HOME MTG SRV     UNSECURED       NOT FILED             .00              .00
HSBC BANK NEVADA NA       UNSECURED         1124.21             .00              .00
INDY MAC BANK             UNSECURED       NOT FILED             .00              .00
INDYMAC BANK              UNSECURED       NOT FILED             .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1649.11             .00              .00
MERRICK BANK              UNSECURED       NOT FILED             .00              .00
RJM ACQUISITIONS          UNSECURED          103.95             .00              .00
WASHINGTON MUTUAL         UNSECURED       NOT FILED             .00              .00
WELLS FARGO AUTO FINANCE  UNSECURED       NOT FILED             .00              .00
WELLS FARGO HOME MORTGAG  UNSECURED       NOT FILED             .00              .00
WELLS FARGO HOME MORTGAG  UNSECURED       NOT FILED             .00              .00
NEDELSON HOUSTON          NOTICE ONLY     NOT FILED             .00              .00
INDY MAC BANK             NOTICE ONLY     NOT FILED             .00              .00
INDY MAC BANK             NOTICE ONLY     NOT FILED             .00              .00
AMERICAN EXPRESS BANK     UNSECURED          217.84             .00              .00
WASHINGTON MUTUAL BANK    NOTICE ONLY     NOT FILED             .00              .00
INDYMAC BANK FSB          CURRENT MORTG         .00             .00              .00
INDYMAC BANK FSB          SECURED NOT I   42332.12              .00              .00
PHILIP A IGOE             DEBTOR ATTY           .00                              .00
TOM VAUGHN                TRUSTEE                                                .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09818 SHELIA FOULKS
```

```
DEBTOR REFUND            REFUND                                         2,000.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,000.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                      2,000.00
                         ---------------     ---------------
TOTALS                    2,000.00               2,000.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 08 B 09818 SHELIA FOULKS